IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRIAN JOHN McDONALD                                                              PLAINTIFF

VS.                                   CASE NO. 2013-2097

GERBER PRODUCTS COMPANY
d/b/a NESTLE' INFANT NUTRITION
d/b/a NESTLE' NUTRITION USA
d/b/a NESTLE' NUTRITION USA – INFANT NUTRITION
d/b/a NESTLE' NUTRITION USA – PERFORMANCE NUTRITION          DEFENDANT

## MOTION FOR VOLUNTARY
## DISMISSAL PURSUANT TO RULE 41(a)

Comes now the Plaintiff, Brian John McDonald, by and through his attorney Joe D. Byars, Jr., of Byars, Hickey & Hall, PLLC, and moves to dismiss the claims asserted in this case pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1. The Defendant has not filed a dispositive motion or a counterclaim in this action, nor has the Defendant incurred costs, as no depositions have been taken in the case.

2. For the reasons explained in Plaintiff's contemporaneous brief, the Court should enter an Order of Dismissal without Prejudice.

WHEREFORE, Plaintiff requests that this Court enter an Order dismissing the claims asserted in this case without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and for such other and further relief to which Plaintiff is justly entitled to receive.

RESPECTFULLY SUBMITTED,

BRIAN JOHN McDONALD, *Plaintiff*

Byars, Hickey, & Hall, PLLC
Attorneys at Law
401 Lexington Avenue
Fort Smith, AR   72901
Tel:    (479) 494-1800
Fax:    (479) 783-0694
jbyars@bhhfirm.com


By:   */s/ Joe D. Byars, Jr.*
      JOE D. BYARS, JR.
      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on 30th day of January, 2014, I electronically filed the foregoing Motion for Dismissal Pursuant to Rule 41(a) with the Clerk of Court using the CM/ECF System that will send notification of such filing to the following or I will mail same with sufficient postage affixed thereon:

| | |
|---|---|
| Mr. Barnard J. Bobber | Mr. Victor Crowell |
| Mr. Ryan Parsons | Ledbetter, Cogbill, Arnold & Harrison, LLP |
| Foley & Lardner, LLP | Attorneys at Law |
| 777 East Wisconsin Avenue | Post Office Box 185 |
| Milwaukee, WI 53202 | Fort Smith, Arkansas 72902-0185 |
| bbobber@foley.com | |
| rparsons@foley.com | |

      */s/ Joe D. Byars, Jr.*