IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRIAN JOHN McDONALD,

        Plaintiff,

vs.

GERBER PRODUCTS COMPANY
d/b/a NESTLÉ INFANT NUTRITION
d/b/a NESTLÉ NUTRITION USA
d/b/a NESTLÉ NUTRITION USA – INFANT
NUTRITION d/b/a NESTLÉ NUTRITION
USA – PERFORMANCE NUTRITION,

        Defendant.

CASE NO. 2:13-CV-02097-PKH

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Gerber Products Company ("Gerber"), hereby moves for summary judgment on all of Plaintiff's claims in the above-captioned case, because there are no genuine disputes of material fact and Gerber is entitled to judgment as a matter of law. In support of this Motion, Gerber respectfully refers the Court to the following, which are adopted and incorporated by reference herein: (1) Brief in Support of Defendants' Motion for Summary Judgment; and (2) Statement of Material Facts in Support of Defendant's Motion for Summary Judgment, with the exhibits attached thereto.

Dated this 4th day of April, 2014.

4850-1084-0346.1

                                                  s/ Victor L. Crowell

                                                  Victor L. Crowell
LEDBETTER, COGBILL, ARNOLD & HARRISON, LLP.
622 Parker
Fort Smith, AR 72901
(479) 782-7294
vcrowell@lcahlaw.com

FOLEY & LARDNER LLP
Bernard J. Bobber*
Ryan N. Parsons*
777 E. Wisconsin Ave., Suite 4000
Milwaukee, WI 53202
(414) 297-2400
bbobber@foley.com
rparsons@foley.com

Attorneys for Defendant
Gerber Products Company

\* Admitted pro hac vice.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of April, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing via e-mail to the following:

Mr. Joe D. Byars, Jr.
Byars, Hickey & Hall, PLLC
401 Lexington Avenue
Fort Smith, Arkansas 72901

                                                  /s/ Victor L. Crowell
                                                  Victor L. Crowell