IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRIAN JOHN McDONALD,

        Plaintiff,

vs.

GERBER PRODUCTS COMPANY
d/b/a NESTLÉ INFANT NUTRITION
d/b/a NESTLÉ NUTRITION USA
d/b/a NESTLÉ NUTRITION USA – INFANT
NUTRITION d/b/a NESTLÉ NUTRITION
USA – PERFORMANCE NUTRITION,

        Defendant.

CASE NO. 2:13-CV-02097-PKH

## STIPULATION AND DISMISSAL OF ALL CLAIMS AND PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brian John McDonald and Defendant Gerber Products Company hereby stipulate and agree to the dismissal with prejudice of all claims, counts and causes of action asserted in this action, with each party to bear its own respective fees and costs related hereto.

STIPULATED AND AGREED:

Dated this 19th day of June, 2014.

4847-8340-8411.1

| | |
|---|---|
| /s/ Joe D. Byars, Jr. | s/ Ryan N. Parsons |
| Joe D. Byars, Jr.<br>Byars, Hickey & Hall, PLLC<br>Attorneys at Law<br>401 Lexington Avenue<br>Fort Smith, Arkansas 72901<br>Phone:  (479) 494-1800<br>Fax:     (479) 783-0694<br>jbyars@bhhfirm.com<br><br>Attorney for Plaintiff Brian John McDonald | Victor L. Crowell<br>LEDBETTER, COGBILL, ARNOLD & HARRISON, LLP.<br>622 Parker<br>Fort Smith, AR 72901<br>(479) 782-7294<br>vcrowell@lcahlaw.com<br><br>FOLEY & LARDNER LLP<br>Bernard J. Bobber*<br>Ryan N. Parsons*<br>777 E. Wisconsin Ave., Suite 4000<br>Milwaukee, WI 53202<br>(414) 297-2400<br>bbobber@foley.com<br>rparsons@foley.com<br><br>Attorneys for Defendant<br>Gerber Products Company |

\* Admitted pro hac vice.