IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH   DIVISION

BRIAN JOHN McDONALD

                                                                                                    PLAINTIFF

V.                                 Civil No. 13-2097

GERBER PRODUCTS COMPANY, ETAL                      DEFENDANT

CLERK'S ORDER OF DISMISSAL

Now on this 23rd of June, 2014, comes the parties Stipulation and Dismissal. Pursuant to Rule 41 (a)(1)(A)(ii), Federal Rules of Civil Procedure this matter is DISMISSED WITH PREJUDICE as to all claims and each party to bear its own fees and costs related hereto.

Dated: June 23, 2014                     AT THE DIRECTION OF THE COURT

                                             CHRISTOPHER R. JOHNSON, CLERK

                                             BY :  /s/ Sallie Hicks, Deputy Clerk